AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

**APPEARANCE**

Case Number: 08-CRIM-740 (JSR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant MARC SIGMUND

I certify that I am admitted to practice in this court.

| 8/26/2008 | *(signature)* |
|---|---|
| Date | Signature |

JOSEPH V. SORRENTINO                         7324
Print Name                                   Bar Number

404 MANOR ROAD
Address

STATEN ISLAND        NY        10314
City                 State     Zip Code

(718) 720-4943            (718) 720-5009
Phone Number              Fax Number